## JACOB SURGET *v.* FREDERICK STANTON.

For the reasons given in the opinion this day delivered in the case of *Francis Surget* v. *Frederick Stanton*, it is adjudged and decreed that there be judgment for defendant, with costs.